UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:07-bk-03459-KSJ

In Re:

Denise Irene Condra,

Debtor(s).
_____/


FILED
MAY 12 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW Creditor, McCOY FEDERAL CREDIT UNION ("hereinafter referred to as Creditor") by merger with Central Florida HFCU, by and through their undersigned counsel, and moves the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a Creditor in the above captioned bankruptcy case and on whose behalf funds were deposited. Creditor has a right to claim said funds do to the following:

1. Central Florida HFCU was the original Creditor in this matter, which merged with McCoy Federal Credit Union who assumed all assets and liabilities of Central Florida HFCU. A copy of the Certification of Completion of Merger into McCoy Federal Credit Union is attached hereto as composite *Exhibit "A"*.

2. Claimant has the right to claim the funds deposited in the Registry as follows::

   Claim #6 in the amount of:   $1,875.59
   Claim #7 in the amount of    $2,988.11
   Claim #8 in the amount of:   $187.27
   Claim #9 in the amount of:   $142.73

3. Claimants Address and Tax ID Number is as follows:

   McCoy Federal Credit Union
   1900 McCoy Road
   Orlando, FL 32809
   Tax ID: 59-0772729

1

4. Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividends due upon this claim.

5. Corporate Officer of McCoy Federal Credit Union authorizing this motion is:

by: _____
Alvin J. Cowans, President

I HEREBY CERTIFY that a copy of the foregoing has been served either by electronic transmission or by United States First Class Mail postage prepaid to the following: U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602 Scott R. Fransen, Trustee, P.O. Box 536696, Orlando, Florida 32853, this 11 day of May 2010.

_____
TARA C. EARLY, ESQUIRE
Florida Bar #0173355
Stanton & Gasdick, P.A.
390 N. Orange Avenue, #260
Orlando, FL 32801
P(407) 423-5203/F(407)425-4105
Attorney for McCoy Federal
Credit Union